THE DELAWARE AND HUDSON COMPANY, Appellant, *v.* STATE OF NEW YORK, Respondent.

*State — railroads — notice — claim against state for undermining bridge dismissed for failure to file notice of intention to file claim within required time.*

*Delaware & Hudson Co.* v. *State of New York*, 189 App. Div. 355, affirmed.

(Argued December 1, 1921; decided December 16, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 12, 1919, which affirmed a judgment of the Court of Claims dismissing the claim of the appellant herein. The claim was to recover for expenditures of the claimant in temporarily providing for its railroad traffic over its bridge across a spillway and stream from the Champlain canal to Wood creek, near Smith's Basin, which was undermined and destroyed by alleged negligent operations of the state in its near vicinity in the construction of the Barge canal. The Court of Claims dismissed the claim because of failure to file notice of intention to file a claim and a claim within six months and two years from the date it found the claim accrued, as required by section 264 of the Code of Civil Procedure.

.⸱ *Lewis E. Carr* for appellant.

.⸱ *Charles D. Newton, Attorney-General (Henry C. Hender-*
⸲*son* of counsel), for respondent.

⸱ ·Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
MCLAUGHLIN, CRANE and ANDREWS, JJ.